UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SUZANNE BLOCK, | Case No. 18-cv-00481-NC |
|---|---|
| Plaintiff, | |
| v. | **SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| APPLE INC., | |
| Defendant. | |
| BRENT JONES, | Case No. 18-cv-00406-NC |
| Plaintiff, | |
| v. | |
| APPLE INC., | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), the above-entitled cases are hereby REFERRED, to the Honorable Edward J. Davila for consideration of whether the cases are related to 17-cv-07274 EJD, Harvey v. Apple

**IT IS SO ORDERED.**

Dated: January 23, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge